IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DERRICK BERNARD JACKSON, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00149-TES |
| | * |
| Sheriff BILL MASSEE, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 28, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 28th day of April, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk